Marcos D. Sasso (SBN 228905)
sassom@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Stacy H. Rubin (SBN 228347)
rubins@ballardspahr.com
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958
Telephone: 702.471.7000
Facsimile: 702.471.7070

Attorneys for Defendant Capital One Bank (USA), N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RODRIGUEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>　　　　　　Defendant. | Case No.: 1:19-cv-00006-AWI-SKO<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(Doc. 6)** |

Pursuant to L.R. 144, Plaintiff Jesus Rodriguez ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Defendant"), by and through their attorneys of record, hereby agree and stipulate to extend Defendant's time to respond to Plaintiff's Complaint from January 28, 2019, to February 19, 2019. Plaintiff is amenable to allowing Defendant a brief extension of time to evaluate the matter and provide the appropriate response to Plaintiff's Complaint. This is Defendant's first request for an extension.

///

///

///

///

1

Accordingly, Plaintiff and Defendant hereby stipulate that Defendant shall file its response to Plaintiff's Complaint on or before February 19, 2019.

**IT IS SO STIPULATED.**

DATED: January 24, 2019         KROHN & MOSS, LTD.

                                               By: */s/ Taylor Tieman*
                                                      Taylor Tieman
                                                      Attorneys for Plaintiff

DATED: January 24, 2019         BALLARD SPAHR LLP

                                               By: */s/ Marcos D. Sasso*
                                                      Marcos D. Sasso
                                                      Stacy H. Rubin
                                                      Attorneys for Defendant

## **ORDER**

Based upon the parties' above Stipulation Extending Time for Defendant to Respond to Complaint (Doc. 6), and good cause appearing,

It is hereby ORDERED that Defendant shall file its response to Plaintiff's Complaint on or before February 19, 2019.

IT IS SO ORDERED.

Dated:   **January 25, 2019**                           /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE