Taylor Tieman (SBN 305269)
ttieman@consumerlawcenter.com
Krohn & Moss, Ltd.
200 Pier Ave, Suite 126
Hermosa Beach, CA 90254
Tel: (323) 988-2400 x 254
Fax: (866) 861-1390

Attorney for Plaintiff, JESUS RODRIGUEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS RODRIGUEZ<br><br>  Plaintiff,<br><br>  v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>  Defendant. | **Case No.: 1:19-CV-00006-AWI-SKO**<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff Jesus Rodriguez and Defendant Capital One Bank (USA), N.A., have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and anticipate filing a Joint Motion to Dismiss on or before August 19, 2019.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                                RESPECTFULLY SUBMITTED,

Dated: June 19, 2019       KROHN & MOSS, LTD.

                                                By:   /s/ Taylor M. Tieman
                                                       Taylor M. Tieman
                                                       Krohn & Moss, Ltd.
                                                       200 Pier Ave, Suite 126
                                                       Hermosa Beach, CA 90254
                                                       ttieman@consumerlawcenter.com
                                                       Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2019, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on June 19, 2019 I served all counsel of record with a copy of this document by way of the CM/ECF system.

By:   /s/ Taylor M. Tieman
Taylor M. Tieman