1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JESUS RODRIGUEZ,                        No.  1:19-cv-00006-AWI-SKO

12                    Plaintiff,

13            v.                              **ORDER DIRECTING THE CLERK OF
                                             THE COURT TO CLOSE THE CASE**
14    CAPITAL ONE BANK (USA), N.A.,
                                             (Doc. 19)
15                    Defendant.

16

17            On August 15, 2019, the parties filed a joint stipulation dismissing the action with

18    prejudice.  (Doc. 19.)  In light of the parties' stipulation, this action has been terminated, *see* Fed.

19    R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has

20    been dismissed with prejudice.  Accordingly, the Clerk of the Court is directed to close this case.

21

22    IT IS SO ORDERED.

23
      Dated:  **August 15, 2019**                    /s/ *Sheila K. Oberto*
24                                             UNITED STATES MAGISTRATE JUDGE

25

26

27

28